No. 24-20269

_____

IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

ALISHA STRIFE,
Plaintiff - Appellant,

v.

ALDINE INDEPENDENT SCHOOL DISTRICT,
Defendant - Appellee

_____

ON APPEAL FROM THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CIVIL ACTION NO. 4:23-CV-00358
THE HONORABLE ALFRED H. BENNETT

_____

BRIEF OF THE PARALYZED VETERANS OF AMERICA AND
DISABILITY RIGHTS TEXAS AS AMICI CURIAE IN SUPPORT OF
APPELLANT

BRIAN EAST
Texas Bar No. 06360800
beast@disabilityrightstx.org
LOREN JONES
Texas Bar No. 24078034
ljones@disabilityrightstx.org
DISABILITY RIGHTS TEXAS
2222 W. Braker Ln.
Austin, Texas 78758
(512) 454-4816 (Phone)
(512) 454-3999 (Fax)

*Attorneys for Amici Curiae*

# CERTIFICATE OF INTERESTED PERSONS

(1)     No. 24-20269; *Alisha Strife v. Aldine Independent School District.*

(2)     The undersigned counsel of record certifies that the following listed persons and entities described in the fourth sentence of Fifth Circuit Rule 28.2.1 have an interest in the outcome of this case.  These representations are made in order that the judges of this Court may evaluate possible disqualification or recusal.

**Amici curiae in support of Plaintiff-Appellant: Paralyzed Veterans of America and Disability Rights Texas**

**Plaintiff-Appellant: Alisha Strife**

**Defendants-Appellees:   Aldine Independent School District**

**Attorneys:  For amici curiae**:
Brian East and Loren Jones
Disability Rights Texas
2222 W. Braker Ln., Austin, Texas 78758

**For Plaintiff-Appellant:**
Scott Newar
Dennis Herlong
400 Louisiana, Suite. 900, Houston, Texas 77002

**For Defendant-Appellee:**
Cory Rush
Andrew Francis
Spalding Nichols Lamp Langlois
3700 Buffalo Speedway, Suite 500
Houston, Texas 77098

 /s/ Brian East
BRIAN EAST

## RULE 29(a)(4)(E) STATEMENT

Pursuant to Federal Rule of Appellate Procedure 29(a)(4)(E), amici curiae certify that (A) no party's counsel authored this brief in whole or part; (B) no party or party's counsel contributed money that was intended to fund preparing or submitting the brief; and (C) no person, other than amici curiae, its members, or its counsel, contributed money that was intended to fund preparing or submitting the brief.

# TABLE OF CONTENTS

CERTIFICATE OF INTERESTED PERSONS ........................................................i

RULE 29(a)(4)(E) STATEMENT ................................................................ ii

TABLE OF CONTENTS.......................................................................... iii

TABLE OF AUTHORITIES ....................................................................iv

IDENTITY OF AMICI CURIAE AND STATEMENTS OF INTEREST ...............1

INTRODUCTION ..................................................................................3

ARGUMENT .......................................................................................4

    I.     Definition and Manifestations of PTSD......................................4

    II.    Prevalence Among Veterans ....................................................7

    III.   Need for Psychiatric Assistance Dogs for Treating Veterans with PTSD ...........................................................................8

    IV.   Effectiveness of Service Animals for Veterans with PTSD.....................10

    V.    Service Dogs Support Veterans with PTSD in the Workplace ...............15

    VI.   Assistance Dogs and Reasonable Accommodations................................17

CONCLUSION ...................................................................................22

CERTIFICATE OF COMPLIANCE.......................................................23

CERTIFICATE OF SERVICE ...............................................................24

# TABLE OF AUTHORITIES

## CASES

*Alboniga v. School Bd. of Broward Cty.*,
    87 F.Supp.3d 1319 (S.D. Fla. 2015) .................................................................19

*Alonzo–Miranda v. Schlumberger Tech. Corp.*,
    2014 WL 12489996 (W.D. Tex. Dec. 15, 2014) ..............................................18

*Branson v. West*, No. 97 C 3538,
    1999 WL 311717 (N.D. Ill. May 11, 1999).......................................................18

*Brister v. Federal Bureau of Prisons*,
    2020 WL 4499608 (E.D. Tex. 2020) .................................................................21

*Crowder v. Kitagawa*,
    81 F.3d 1480 (9th Cir. 1996) .............................................................................15

*Equal Emp. Opportunity Comm'n v. AutoZone, Inc.*, No. CV061767PCTPGR,
    2008 WL 4418160 (D. Ariz. Sept. 29, 2008) ...................................................18

*Equal Emp. Opportunity Comm'n v. CRST Int'l, Inc.*,
    351 F. Supp. 3d 1163 (N.D. Iowa 2018) ..........................................................21

*Fry v. Napoleon Cmty. Sch.*,
    580 U.S. 154 (2017)...........................................................................................19

*Johnson v. Gambrinus Co./Spoetzl Brewery*,
    116 F.3d 1052 (5th Cir. 1997) ..........................................................................14

*Kurtzhals v. Cty. of Dunn*,
    969 F.3d 725 (7th Cir. 2020) ...............................................................................4

*Miranda v. Schlumberger Tech. Corp.*, No. SA13CA1057OLGHJB,
    2014 WL 12489995 (W.D. Tex. Nov. 24, 2014)..............................................18

*Narayanan v. Midwestern State Univ.*,
    No. 22-11140, 2023 WL 6621676 (5th Cir. Oct. 11, 2023) ..............................17

*Schroeder v. AT&T Mobility Services, LLC*,
568 F. Supp. 3d 889 (M.D. Tenn. 2021) ............................................18

*Sullivan v. Vallejo City Unified School Dist.*,
731 F. Supp. 947 (E.D. Cal. 1990) ....................................................19

*Thersa R. v. DeJoy*, EEOC DOC 120182764,
2021 WL 3109659 (E.E.O.C. 2021) ..................................................18

*Williams v. Tarrant Cnty. Coll. Dist.*,
717 F. App'x 440 (5th Cir. 2018) ........................................................4

## STATUTES AND REGULATIONS

42 U.S.C. § 12112(b)(5) ..........................................................................17

28 C.F.R. § 35.104 ..................................................................................20

28 C.F.R. § 35.136(a) ..............................................................................18

28 C.F.R. Pt. 36 App. B, § 36.302 ..........................................................15

29 C.F.R. § 1630.2(j)(1)(vi) .....................................................................17

29 C.F.R. § 1630.2(j)(3)(iii) .......................................................................4

34 C.F.R. § 104.44(b) ..............................................................................19

34 C.F.R. § 300.34(7)(ii)(B) ....................................................................20

TEX. HUM. RES. CODE § 121.002(5) .......................................................19

TEX. HUM. RES. CODE § 121.003(c) ........................................................19

TEX. LAB. CODE § 21.128 .......................................................................17

**OTHER AUTHORITIES**

*A Randomized Trial of Differential Effectiveness of Service Dog Pairing Versus Emotional Support Dog Pairing to Improve Quality of Life for Veterans with PTSD*, at 15 (U.S. Dep't of Veterans Affairs 2020), https://www.research.va.gov/REPORT-Study-of-Costs-and-Benefits-Associated-with-the-Use-of-Service-Dogs-Monograph1.pdf ........................6, 8, 9

American Psychiatric Association, *Diagnostic and Statistical Manual of Mental Disorders*, at 274 (5th ed. 2013)...................................................................5

Clare L. Jensen, et al., *Characterizing Veteran and PTSD Service Dog Teams: Exploring Potential Mechanisms of Symptom Change and Canine Predictors of Efficacy*. PLoS One. 2022; 17(7): e0269186, https://www.ncbi.nlm.nih.gov/pmc/articles/PMC9328544/.............................12, 13

Clare L. Jensen, et al., *Service Dogs for Veterans and Military Members With Posttraumatic Stress Disorder: Replication With the PTSD Checklist for DSM-5*, J Trauma Stress.: 10.1002/jts.22587 (2020), https://www.ncbi.nlm.nih.gov/pmc/articles/PMC8457314/pdf/nihms-1740151.pdf ........................................................................................................13

Dep't of the Navy Medicine Readiness and Training Command, *Commanding Officer Policy Statement: Guidelines for Service Animals* (Oct. 29, 2020), https://twentynine-palms.tricare.mil/Portals/122/Boamah%20-%20Guidelines%20for%20Service%20Animal%2010_30_20.pdf ........................17

Epilepsy in the Workplace and the ADA, Question 10 (EEOC May 15, 2013), https://www.eeoc.gov/laws/guidance/epilepsy-workplace-and-ada ............18

Francesco Chirico, et al., *Animal-Assisted Interventions and Post-Traumatic Stress Disorder of Military Workers and Veterans: A Systematic Review*, 7 J. Health Soc. Sci. 152, 168–69 (2022), https://journalhss.com/wp-content/uploads/Chirico-et-al-152_180.pdf........8, 10, 11

Jennifer J. Shiroff, et al., *A Qualitative Exploration of the Use of Service Dogs in Veterans with Post Traumatic Stress Disorder and Traumatic Brain Injury*, 5 Psych. Res. Clin. Pract. 40 (2023), https://www.ncbi.nlm.nih.gov/pmc/articles/PMC10245458/pdf..................9, 10, 11

Kendra L. Thorne, et al., *Service Dogs for Veterans with PTSD: Implications for Workplace Success*, 33 Career Planning & Adult Development Journal 36, 43 (2017).........................................................7, 8, 15, 16

Kerri E. Rodriguez, et al., *Defining the PTSD Service Dog Intervention: Perceived Importance, Usage, and Symptom Specificity of Psychiatric Service Dogs for Military Veterans*, 11 Front Psychol. art. 1638, at 2 (July 2020), https://www.ncbi.nlm.nih.gov/pmc/articles/PMC7396623/pdf/fpsyg-11-01638.pdf ................................................................................5, 8, 10

Kerri E. Rodriguez, et al., *The Effect of a PTSD Service Dog on Military Veterans' Medication Regimens: A Cross-Sectional Pilot Study*, 34 Anthrozoös 393 (2021), https://www.ncbi.nlm.nih.gov/pmc/articles/PMC8204643/pdf/nihms-1701257.pdf .........................................................................7, 8, 13, 14

Kerri E. Rodriguez et al, *The Effect of a Service Dog on Salivary Cortisol Awakening Response in a Military Population with Posttraumatic Stress Disorder (PTSD)*, 98 Psychoneuroendocrinology 202 (2018), https://www.ncbi.nlm.nih.gov/pmc/articles/PMC8454180/pdf/nihms-1739411.pdf .........................................................................6, 7, 11, 12

Marguerite E. O'Haire, et al., *Preliminary Efficacy of Service Dogs as a Complementary Treatment for Posttraumatic Stress Disorder in Military Members and Veterans*, 86 J. Consult. Clin. Psychol. 179 (2018), https://www.ncbi.nlm.nih.gov/pmc/articles/PMC5788288/pdf/nihms9149 72.pdf .........................................................................7, 11, 12, 13, 14

Megan R. LaFollette et al., *Military Veterans and Their PTSD Service Dogs: Associations Between Training Methods, PTSD Severity, Dog Behavior, and the Human-Animal Bond*, 6 Front. Vet. Sci. art. 23, at 2 (2019), https://www.ncbi.nlm.nih.gov/pmc/articles/PMC6378910/pdf..............9, 10

Russ Muramatsu et al., *Service Dogs, Psychiatric Hospitalization, and the ADA*, 66 Psychiatric Servs. 87 (2015), https://psychiatryonline.org/doi/10.1176/appi.ps.201400208 ................................17

Sarah C. Leighton, et al., *Assistance Dogs for Military Veterans with PTSD: A Systematic Review, Meta-Analysis, and Meta-Synthesis*, PLoS ONE 17(9): e0274960 (2022), https://www.ncbi.nlm.nih.gov/pmc/articles/PMC9491613/pdf/pone.0274 960.pdf ................................................................................9, 10, 14, 16

Sarah C. Leighton, *Service Dogs for Veterans and Military Members With Posttraumatic Stress Disorder: A Nonrandomized Controlled Trial*, JAMA Network Open 7(6):e2414686 (2024), https://www.ncbi.nlm.nih.gov/pmc/articles/PMC11151141/ ...........................10, 11

Visual Disabilities in the Workplace and the Americans with Disabilities Act, Question 10 (EEOC July 26, 2023), https://www.eeoc.gov/laws/guidance/visual-disabilities-workplace-and-americans-disabilities-act ...........................................................................18

# IDENTITY OF AMICI CURIAE AND
# STATEMENTS OF INTEREST

**Paralyzed Veterans of America** ("PVA") is a congressionally-chartered veterans service organization ("VSO") headquartered in Washington, D.C. PVA was founded in 1946 with a mission to serve the thousands of veterans in this country who have experienced spinal cord injuries or disorders ("SCI/D"). PVA has nearly 16,000 members. Each member is an armed forces veteran living with SCI/D. PVA works to improve the quality of life for veterans and all people with SCI/D through its medical services, benefits, and legal advocacy. PVA also advocates for quality health care, research addressing SCI/D, and civil rights and accessibility to maximize independence for disabled veterans. PVA was founded by World War II veterans with SCI/D. Since its founding, PVA has advocated tirelessly to empower our nation's disabled heroes to regain what they fought for: freedom and independence. PVA's identity as the only nonprofit VSO dedicated solely to helping veterans with SCD/D and intimate knowledge of the Americans with Disabilities Act ("ADA") and Rehabilitation Act of 1973 ("Rehab Act) gives it a unique perspective to inform the Court as the Court decides this important case.

**Disability Rights Texas** is a nonprofit organization designated to serve as the Protection and Advocacy system ("P&A") for the State of Texas. See Tex. Gov. Exec. Order No. DB-33, 2 Tex. Reg. 3713 (1977); Tex. Att'y Gen. Op. No. JC-0461 (2002). Its purpose is to protect and advocate for the legal and human rights of

1

individuals with disabilities, and it is authorized to do so under the Developmental Disabilities Assistance and Bill of Rights Act of 2000, 42 U.S.C. §§ 15041 *et seq*.; Protection and Advocacy for Mentally Ill Individuals Act, 42 U.S.C. §§ 10801 *et seq*.; and Protection and Advocacy for Individual Rights Act, 29 U.S.C. § 794e. In accordance with its federal mandate, Disability Rights Texas has the authority, among other things, to pursue administrative, legal, and other appropriate remedies to ensure the protection of rights of persons with disabilities. 29 U.S.C. § 794e (f)(3); 42 U.S.C. § 10805(a)(1)(B). As the P&A agency for Texas, Disability Rights Texas is interested in the enforcement of civil rights laws that protect the rights of individuals with disabilities to be free of discrimination based on their disabilities. This includes ensuring that governmental agencies do not discriminate against people with disabilities, and enforcing the right to be free from employment discrimination in accordance with state and federal law. Disability Rights Texas has filed numerous amicus briefs to ensure that courts and litigants follow the antidiscrimination mandates in the Americans with Disabilities Act (ADA), as amended.

**INTRODUCTION**

Amici submit this brief to explain the extremely important role that service animals play in providing effective, complementary therapy for veterans with Post-Traumatic Stress Disorder (PTSD). We present scientific evidence showing how these service dogs can significantly reduce PTSD symptoms and enhance workplace outcomes for veterans.

We begin with an explanation of PTSD, including its definition, symptoms, and the growing recognition of PTSD as a disability under the law. We also outline the core features of PTSD, and highlight its profound impact on mental health, daily functioning, and overall quality of life, with a specific focus on how it affects our veterans. We address the prevalence of PTSD among military veterans, and the significant challenges they face.

Given the significant impact of PTSD on veterans and the essential benefits provided by service dogs, denying a veteran the reasonable accommodation of having their service animal in the workplace can be severely detrimental. These service animals are uniformly beneficial, and for some veterans crucial, in supporting veterans' mental health.

For Alisha Strife, her service animal offers important assistance with her physical disabilities, *see* Appellant's Brief at 7, but it also helps her manage her mental-health symptoms, including through the trained task of applying deep

pressure, *id*. a common and recognized intervention by PTSD service animals. As shown below, using a service animal is widely seen as a reasonable accommodation, and Ms. Strife's service dog is the only accommodation recommended by her doctors to effectively manage her disabling psychological conditions in the workplace. *See* Appellant's Brief at 12.

Also as shown below, separating a veteran with PTSD from her service animal is detrimental, and delaying or denying the use of a service animal undermines the support veterans need to manage their condition effectively. The District Court's decision fails to recognize the important role that service animals play in supporting veterans with PTSD, and overlooks the factual allegations that reinforce that important role for Ms. Strife in particular. The District Court's decision could adversely affect not only Ms. Strife, but the many veterans with psychological disabilities who rely on service animals in their daily lives.

## ARGUMENT

## I. DEFINITION AND MANIFESTATIONS OF PTSD

Since the statutory amendments to the disability analysis became effective in 2009, many courts have recognized post-traumatic stress disorder (PTSD) as a disability. *See, e.g., Kurtzhals v. Cty. of Dunn*, 969 F.3d 725, 728–29 (7th Cir. 2020); *Williams v. Tarrant Cnty. Coll. Dist.*, 717 F. App'x 440, 447–48 (5th Cir. 2018) (per curiam). The ADA regulations say the same. 29 C.F.R. § 1630.2(j)(3)(iii) ("For

example, applying the principles set forth in paragraphs (j)(1)(i) through (ix) of this section, it should easily be concluded that … major depressive disorder, bipolar disorder, post-traumatic stress disorder, obsessive compulsive disorder, and schizophrenia substantially limit brain function").

Post-traumatic stress disorder (PTSD) is a pervasive mental health condition that is caused by an extremely stressful or terrifying event. Kerri E. Rodriguez, et al., *Defining the PTSD Service Dog Intervention: Perceived Importance, Usage, and Symptom Specificity of Psychiatric Service Dogs for Military Veterans*, 11 Front Psychol. art. 1638, at 2 (July 2020) ("Introduction").[1] It is categorized as a trauma- and stressor-related disorder, and its essential feature is the development of characteristic symptoms following exposure to one or more traumatic events. Those traumatic events may include exposure to war as a combatant or civilian, or witnessing threatened or serious injury, unnatural death, or war. American Psychiatric Association, *Diagnostic and Statistical Manual of Mental Disorders*, at 274 (5th ed. 2013) ("DSM-5"). It is characterized by avoidance, re-experiencing, negative alterations in cognition and mood, and hyperarousal. *Defining the PTSD Service Dog Intervention*, *supra*, at 2. Research into the brain and the neurobiology of PTSD shows that this disorder impedes the typical switching off of the brain's

---

[1] Available online at https://www.ncbi.nlm.nih.gov/pmc/articles/PMC7396623/pdf/fpsyg-11-01638.pdf.

fear circuitry. *A Randomized Trial of Differential Effectiveness of Service Dog Pairing Versus Emotional Support Dog Pairing to Improve Quality of Life for Veterans with PTSD*, at 15 (U.S. Dep't of Veterans Affairs 2020).[2]

Characteristic PTSD symptoms include intense, persistent, and intrusive memories of the trauma, avoidance of trauma-associated stimuli, cognitive distortions of guilt or blame associated with the trauma, and hyperarousal from innocuous environmental triggers resembling aspects of the trauma. PTSD often is accompanied by mental-health and other conditions such as personality, mood, anxiety, and nicotine, drug, and alcohol use disorders. The resultant impacts are disability, decreased mental health functioning, poor quality of life, and an inability to reintegrate fully into society. *Id*. A person with PTSD has "[c]linically significant distress or impairment in social, occupational, or other areas of functioning." DSM-5 at 272. It is associated with high levels of social, occupational, and physical disability, as well as considerable economic costs and high levels of medical utilization. Impaired functioning is exhibited across social, interpersonal, developmental, educational, physical health, and occupational domains. DSM-5 at 278. It is also frequently associated with high rates of comorbidity with substance use, depression, and suicidal ideation. Kerri E. Rodriguez et al, *The Effect of a*

---

[2] Available online at https://www.research.va.gov/REPORT-Study-of-Costs-and-Benefits-Associated-with-the-Use-of-Service-Dogs-Monograph1.pdf.

*Service Dog on Salivary Cortisol Awakening Response in a Military Population with Posttraumatic Stress Disorder (PTSD)*, 98 Psychoneuroendocrinology 202 (2018), Manuscript at 2;[3] Marguerite E. O'Haire, et al., *Preliminary Efficacy of Service Dogs as a Complementary Treatment for Posttraumatic Stress Disorder in Military Members and Veterans*, 86 J. Consult. Clin. Psychol. 179 (2018), Manuscript at 2.[4]

PTSD is also associated with work-related difficulties, being that PTSD is linked to exacerbated rates of unemployment and missed work days. Kendra L. Thorne, et al., *Service Dogs for Veterans with PTSD: Implications for Workplace Success*, 33 Career Planning & Adult Development Journal 36, 43 (2017).

## II. PREVALENCE AMONG VETERANS

PTSD adversely affects the mental health and quality of life of a substantial number of United States military members and veterans, because the trauma of experiencing combat violence is particularly associated with a risk of developing PTSD. A substantial percentage of veterans returning from Iraq and Afghanistan are affected by PTSD. *Preliminary Efficacy of Service Dogs as a Complementary Treatment*, *supra*, Manuscript at 8–9. *See also* Kerri E. Rodriguez, et al., *The Effect of a PTSD Service Dog on Military Veterans' Medication Regimens: A Cross-*

---

[3] Author's manuscript available at
https://www.ncbi.nlm.nih.gov/pmc/articles/PMC8454180/pdf/nihms-1739411.pdf.
[4] Author's manuscript available at
https://www.ncbi.nlm.nih.gov/pmc/articles/PMC5788288/pdf/nihms914972.pdf.

*Sectional Pilot Study*, 34 Anthrozoös 393 (2021), Manuscript at 1;[5] *A Randomized Trial of Differential Effectiveness*, *supra*, at 15. In fact, PTSD is one of the most commonly occurring disabilities among the veteran population. *Service Dogs for Veterans with PTSD: Implications for Workplace Success*, *supra*, at 36.

PTSD is also more prevalent, and lasts longer, among women. DSM-5 at 278. *See also A Randomized Trial of Differential Effectiveness*, *supra*, at 15 ("women experience[e] PTSD at a rate twice that of men").

## III. NEED FOR PSYCHIATRIC ASSISTANCE DOGS FOR TREATING VETERANS WITH PTSD

Traditional treatment for PTSD includes cognitive behavioral therapy, prolonged exposure therapy, and pharmacotherapy. *Defining the PTSD Service Dog Intervention*, supra, at 2; *The Effect of a PTSD Service Dog*, *supra*, at 1–2.

Nevertheless it remains difficult to treat, and standard treatments do not always work. *The Effect of a PTSD Service Dog*, *supra*, at 2. Also, such treatments are not always available or accessible. Francesco Chirico, et al., *Animal-Assisted Interventions and Post-Traumatic Stress Disorder of Military Workers and Veterans: A Systematic Review*, 7 J. Health Soc. Sci. 152, 168–69 (2022) ("inadequate staffing and training of mental health professionals exacerbate pre-

---

[5] Author's manuscript available at
https://www.ncbi.nlm.nih.gov/pmc/articles/PMC8204643/pdf/nihms-1701257.pdf.

existing problems").[6] It is also difficult for some individuals to remain in treatment. *Id*.; Megan R. LaFollette et al., *Military Veterans and Their PTSD Service Dogs: Associations Between Training Methods, PTSD Severity, Dog Behavior, and the Human-Animal Bond*, 6 Front. Vet. Sci. art. 23, at 2 (2019);[7] Sarah C. Leighton, et al., *Assistance Dogs for Military Veterans with PTSD: A Systematic Review, Meta-Analysis, and Meta-Synthesis*, PLoS ONE 17(9): e0274960, at 2 (2022).[8]

In post 9-11 veterans, PTSD symptoms "have a significant impact on mental health functioning and can have adverse effects on reintegration and overall quality of life." Jennifer J. Shiroff, et al., *A Qualitative Exploration of the Use of Service Dogs in Veterans with Post Traumatic Stress Disorder and Traumatic Brain Injury*, 5 Psych. Res. Clin. Pract. 40 (2023) ("Highlights").[9] PTSD not only affects quality of life, but "functional status… [and] while the measure of success for PTSD treatments is reduction in specific symptoms, treatments that improve functioning and quality of life are lagging far behind." *A Randomized Trial of Differential Effectiveness*, *supra*, at 16.

These problems have led to the need to develop and refine alternative and complementary approaches to provide more options and services to the military

---

[6] Available online at https://journalhss.com/wp-content/uploads/Chirico-et-al-152_180.pdf.
[7] Available online at https://www.ncbi.nlm.nih.gov/pmc/articles/PMC6378910/pdf.
[8] Available online at https://www.ncbi.nlm.nih.gov/pmc/articles/PMC9491613/pdf/pone.0274960.pdf.
[9] Available online at https://www.ncbi.nlm.nih.gov/pmc/articles/PMC10245458/pdf.

population. *Animal-Assisted Interventions*, *supra*, at 169; *Assistance Dogs for Military Veterans*, *supra*, at 2. One such new approach is the use of service animals for veterans and returning military workers. *Animal-Assisted Interventions*, *supra*, at 169; *Defining the PTSD Service Dog Intervention*, *supra* at 2.

As a result, veterans are increasingly seeking out psychiatric service dogs as complementary interventions to address their daily PTSD symptoms. Sarah C. Leighton, *Service Dogs for Veterans and Military Members With Posttraumatic Stress Disorder: A Nonrandomized Controlled Trial*, JAMA Network Open 7(6):e2414686, at 2 (2024);[10] *Military Veterans and Their PTSD Service Dogs*, *supra*, at 2; *Assistance Dogs for Military Veterans*, *supra*, at 2. One organization states that there are over 8,000 working service dogs in the U.S. and Canada trained by its accredited nonprofits trainers, and 23% of placements in 2023 were for PTSD service dogs. Assistant Dogs Int'l, *2023 Fact Sheet*, at 2.[11]

## IV. EFFECTIVENESS OF SERVICE ANIMALS FOR VETERANS WITH PTSD

Service dogs can alleviate many of the symptoms of PTSD, including by "helping veterans remain calm and interrupting a potential panic or anxiety attack." *A Qualitative Exploration of the Use of Service Dogs*, *supra*, at 41.

---

[10] Available online at https://www.ncbi.nlm.nih.gov/pmc/articles/PMC11151141/.
[11] Available online at
https://assistancedogsinternational.org/clientuploads/2023_ADI_Fact_Sheet_FINAL.pdf.

Numerous scientific studies confirm the effectiveness of service animals for veterans with PTSD. *Animal-Assisted Interventions*, *supra*, at 153. "Compared with usual care alone, partnership with a trained psychiatric service dog was associated with lower PTSD symptom severity and better psychosocial functioning for US military members and veterans after only 3 months of this intervention." *Service Dogs for Veterans and Military Members*, *supra*, at 2. "Military veterans living with a dog increased their feeling of calmness and decreased loneliness, depression, and worries about their own and the family's safety." *Animal-Assisted Interventions*, *supra*, at 154. Service animals are especially beneficial "for those who did not respond well to conventional treatments." *Id.* at 169. Service-animal users "describe an enormous contribution to functional status and overall well-being while utilizing their SDs." *A Qualitative Exploration of the Use of Service Dogs*, *supra*, at 48. In one study, every one of the participants "felt the addition of their SD was particularly beneficial to their treatment regimen." *Id.* at 44.

Both qualitative and quantitative evidence shows unique and significant benefits among veterans with PTSD, reducing symptomology (especially hyperarousal) and improving depression, quality of life, emotional health, and interpersonal relationships. *The Effect of a Service Dog on Salivary Cortisol, supra,* Manuscript at 2. And the reductions in symptoms exceeded those from traditional treatments alone. *Preliminary Efficacy of Service Dogs as a Complementary*

*Treatment*, *supra*, Manuscript at 11 ("Conclusions"). Statistical analyses have revealed "significant differences with medium to large effect sizes among those with service dogs compared to those on the waitlist, including lower depression, higher quality of life, and higher social functioning." *Id*., Manuscript at 1 ("Results"). And reports by veterans using service animals—of "significantly lower anxiety, anger, and sleep disturbance as well as less alcohol abuse"—have also been confirmed by chemical analysis. *The Effect of a Service Dog on Salivary Cortisol, supra,* Manuscript at 1 ("Abstract") ("In conclusion, results indicate that the placement of a PTSD service dog may have a significant positive influence on both physiological and psychosocial indicators of wellbeing in military veterans with PTSD.").

Service animals "are thought to mitigate PTSD symptomology by instilling a sense of confidence, safety, and independence in the veteran on a day-to-day basis." Specific tasks can include "responding to and distracting a veteran from panic or emotional distress," and "PTSD service dogs may also alleviate anxious arousal/hypervigilance, avoidance, and feelings of isolation and detachment from others. Psychiatric service dogs for veterans "are trained to perform tasks for the mitigation of specific PTSD symptoms, such as applying pressure to alleviate anxiety." Clare L. Jensen, et al., *Characterizing Veteran and PTSD Service Dog Teams: Exploring Potential Mechanisms of Symptom Change and Canine*

*Predictors of Efficacy.* PLoS One. 2022; 17(7): e0269186, Article at 2.[12] *See also* Clare L. Jensen, et al., *Service Dogs for Veterans and Military Members With Posttraumatic Stress Disorder: Replication With the PTSD Checklist for DSM-5*, J Trauma Stress.: 10.1002/jts.22587 (2020), Manuscript at 2;[13] *The Effect of a PTSD Service Dog on Military Veterans' Medication Regimens*, *supra*, Manuscript at 2 ("PTSD service dogs can also be trained to both alert to and distract an individual from anxiety or emotional distress. Specifically, dogs are often trained to lick, nudge, or apply pressure with their body when an individual is in distress….").

As a result of the dog's presence, individuals also report increased social confidence enabling them to leave their house, interact with friends and strangers, and reintegrate into society." *Preliminary Efficacy of Service Dogs as a Complementary Treatment*, *supra*, Manuscript at 2 (citations omitted). Studies "report that many veterans attribute their service dogs as a factor in reducing or discontinuing medications for daily mood, mental and physical health, or sleep … [and] veterans describe how the service dog's calming behaviors contribute to less reliance on anxiety medications both at home and in public." *The Effect of a PTSD Service Dog*, *supra*, Manuscript at 2–3.

---

[12] Available online at https://www.ncbi.nlm.nih.gov/pmc/articles/PMC9328544/.
[13] Author's manuscript at https://www.ncbi.nlm.nih.gov/pmc/articles/PMC8457314/pdf/nihms-1740151.pdf.

Overall, the research suggests that "service dogs may have clinically-relevant benefits for military veterans with posttraumatic stress disorder," *The Effect of a PTSD Service Dog*, *supra*, Manuscript at 1 ("Abstract"), and "clinically meaningful improvements in PTSD symptomology for military members and veterans with PTSD." *Preliminary Efficacy of Service Dogs as a Complementary Treatment*, *supra*, Manuscript at 1 ("Conclusions").

Psychiatric service dogs for PTSD can be used with traditional therapies, but they have added benefits—they have no side effects (contrary to some prescribed medications), they can accompany veterans in public spaces, *Assistance Dogs for Military Veterans*, *supra*, Manuscript at 2, and they also have lower associated stigma among military veterans with PTSD than does psychotherapy or psychiatric medications. *The Effect of a PTSD Service Dog on Military Veterans' Medication*, *supra*, Manuscript at 2.

As reflected above, there is considerable scientific support for service animals as a complementary, and very beneficial, therapy for veterans with PTSD. Courts have also recognized the harm to the person with a disability who is separated from their service animal. In *Johnson v. Gambrinus Co./Spoetzl Brewery*, 116 F.3d 1052, 1061 n.6 (5th Cir. 1997), decided under Title III, the Court quoted the ADA's legislative history stating that "[o]ne form of discrimination faced by thousands of people with disabilities in public accommodations is prohibiting entry by an assistive

animal. … It should be further understood that a person with a disability using a guide, signal or service dog should not be separated from the dog.... A person with a disability and his or her assistive animal function as a unit and should never be involuntarily separated. Nor is there any need for this separation. To require it would be discriminatory under the Americans with Disabilities Act." And as the court stated in *Crowder v. Kitagawa*, 81 F.3d 1480 (9th Cir. 1996), "[t]he general intent of Congress" was "to ensure that individuals with disabilities are not separated from their service animals." *Id*. at 1485, *citing* 28 C.F.R. Pt. 36 App. B, § 36.302 (ADA Title III) ("This formulation reflects the general intent of Congress that public accommodations take the necessary steps to accommodate service animals and to ensure that individuals with disabilities are not separated from their service animals.").

## V.   SERVICE DOGS SUPPORT VETERANS WITH PTSD IN THE WORKPLACE

The prevalence of PTSD among veterans creates significant challenges in obtaining and maintaining successful employment. *Service Dogs for Veterans with PTSD: Implications for Workplace Success*, *supra*, at 43. Veterans with PTSD not only face a lower employment rate compared to those without PTSD, but those who are employed often struggle with symptoms that hinder their workplace success. These symptoms include avoidance of triggers, fatigue from sleep disturbances, and reduced memory and concentration. *Id*.

Using service dogs may lead to better work quality, increased productivity, and improved attendance. Service dogs can help by redirecting the handler away from triggers, calming them when a trigger is present, supporting a structured daily routine, and reminding them to take their medication. *Id*. The use of service dogs may improve workplace success by de-escalation tasks, providing a structured schedule to aid in military-to-civilian transition and transition to life with a disability, and fostering of a friendly, supportive workplace environment. *Id*. In one study, several veterans indicated that their partnership with a service animal played a key role in helping them secure or retain employment. *Assistance Dogs for Military Veterans with PTSD*, *supra*, at 21.

Additionally, having a service dog may contribute to a more positive work environment for veterans, which can help reduce PTSD symptoms such as irritability and negative self-perceptions caused by others. *Service Dogs for Veterans with PTSD: Implications for Workplace Success*, *supra*, at 43. Moreover, employees who feel confident in their ability to complete tasks effectively with the assistance of a service dog are likely to experience positive workplace outcomes. *Id*. at 42. This confidence can enhance their job performance, increase their job satisfaction, and improve their overall work experience.

## VI. ASSISTANCE DOGS AND REASONABLE ACCOMMODATIONS

Both federal and state law requires employers to provide reasonable accommodations to employees with disabilities. 42 U.S.C. § 12112(b)(5) (ADA); TEX. LAB. CODE § 21.128.[14]

"A service dog is considered an assistive device on which patients with a physical or psychiatric disability rely to support their independence in day-to-day functioning." Russ S. Muramatsu et al., *Service Dogs, Psychiatric Hospitalization, and the ADA*, 66 Psychiatric Servs. 87 (2015).[15] *See also* Dep't of the Navy Medicine Readiness and Training Command, *Commanding Officer Policy Statement: Guidelines for Service Animals* (Oct. 29, 2020). ("Conceptually, it may be helpful to substitute the term "assistive device" for "service animal" in thinking through the issues.").[16]

Allowing the use of a service animal is widely recognized as a type of reasonable workplace accommodation. See, e.g., 29 C.F.R. Pt. 1630, App., §1630.2(j)(1)(vi) ("mitigating measures include 'reasonable accommodations' … [so] the use of a service animal … would certainly be considered types of mitigating

---

[14] This Court has consistently found that the ADA, the Rehabilitation Act, and Texas law are interpreted consistently in accommodation cases. *Narayanan v. Midwestern State Univ.*, No. 22-11140, 2023 WL 6621676, at *3 (5th Cir. Oct. 11, 2023) (per curiam).

[15] Available online at https://psychiatryonline.org/doi/10.1176/appi.ps.201400208. The authors are with the Department of Behavioral Health at the Tripler Army Medical Center.

[16] Available online at
https://twentynine-palms.tricare.mil/Portals/122/Boamah%20-
%20Guidelines%20for%20Service%20Animal%2010_30_20.pdf.

measures"); *id*., §1630.2(o) ("it would be a reasonable accommodation for an employer to permit an individual who is blind to use a guide dog at work"); *Schroeder v. AT&T Mobility Services, LLC*, 568 F. Supp. 3d 889, 893–94 (M.D. Tenn. 2021); *Miranda v. Schlumberger Tech. Corp*., No. SA13CA1057OLGHJB, 2014 WL 12489995 (W.D. Tex. Nov. 24, 2014), *report and recommendation adopted sub nom. Alonzo–Miranda v. Schlumberger Tech. Corp.*, 2014 WL 12489996 (W.D. Tex. Dec. 15, 2014); *Equal Emp. Opportunity Comm'n v. AutoZone, Inc*., No. CV061767PCTPGR, 2008 WL 4418160, at *4–5 (D. Ariz. Sept. 29, 2008); *Branson v. West*, No. 97 C 3538, 1999 WL 311717, at *11 (N.D. Ill. May 11, 1999); *Thersa R. v. DeJoy*, EEOC DOC 120182764, 2021 WL 3109659, at *13 (E.E.O.C. 2021); Visual Disabilities in the Workplace and the Americans with Disabilities Act, Question 10 (EEOC July 26, 2023);[17] Epilepsy in the Workplace and the ADA, Question 10 (EEOC May 15, 2013).[18]

Allowing the use of a service animal is also widely recognized in the public-school setting. First, under Title II of the ADA, both students and school visitors with service animals must normally be admitted. 28 C.F.R. § 35.136(a) ("Generally,

---

17  Available  online  at  https://www.eeoc.gov/laws/guidance/visual-disabilities-workplace-and-americans-disabilities-act.

18 Available online at https://www.eeoc.gov/laws/guidance/epilepsy-workplace-and-ada.

a public entity *shall* modify its policies, practices, or procedures to permit the use of a service animal by an individual with a disability.") (emphasis supplied).[19]

The Supreme Court has itself observed that the ADA requires schools to admit service animals. *Fry v. Napoleon Cmty. Sch.*, 580 U.S. 154, 159–60, 175 (2017), *citing Alboniga v. School Bd. of Broward Cty.*, 87 F.Supp.3d 1319, 1345 (S.D. Fla. 2015), which the Court described as "requiring an accommodation to permit use of a service animal under Title II." *Fry* also cited *Sullivan v. Vallejo City Unified School Dist.*, 731 F. Supp. 947, 961–962 (E.D. Cal. 1990), as "requiring an accommodation to permit use of a service animal under § 504" of the Rehabilitation Act. *Id.* Finally, *Fry* recognized that adults have the same right as students to bring their service animals into schools. *Id.* at 175 ("Or similarly, consider that an adult visitor to the school could have leveled much the same charges if prevented from entering with his service dog.").

Moreover, the U.S. Department of Education regulations implementing Section 504 of the Rehabilitation Act, which apply to public schools because of their receipt of federal funds, prohibit schools from blocking a student's use of a guide dog. 34 C.F.R. § 104.44(b). Similarly, the federal special-education regulations

---

[19] The right to bring service animals into schools also comes as no surprise to Texas public schools, where state law prohibits the denial of admittance "to any public facility in the state because of the person's disability. No person with a disability may be denied the use of a … assistance animal … or other device of assistance." Tex. Hum. Res. Code § 121.003(c). "Public facilities" are defined to include "a public building maintained by any unit or subdivision of government … or other educational facility." Tex. Hum. Res. Code § 121.002(5).

(implementing the IDEA law) specifically list guide-dog training as an included service. 34 C.F.R. § 300.34(7)(ii)(B).

Although not applicable to claims of employment discrimination, Title II of the ADA governs nondiscrimination on the basis of disability in state and local government services, and it defines "service animals" to mean "any dog that is individually trained to do work or perform tasks for the benefit of an individual with a disability, including a physical, sensory, psychiatric, intellectual, or other mental disability." 28 C.F.R. § 35.104. "The work or tasks performed by a service animal must be directly related to the individual's disability. Examples of work or tasks include, but are not limited to … providing physical support and assistance with balance and stability to individuals with mobility disabilities, and helping persons with psychiatric and neurological disabilities by preventing or interrupting impulsive or destructive behaviors." *Id.*

Thus, "psychiatric service animals that are trained to do work or perform a task for individuals whose disability is covered by the ADA are protected by the Department's present regulatory approach. Psychiatric service animals can be trained to perform a variety of tasks that assist individuals with disabilities to detect the onset of psychiatric episodes and ameliorate their effects." 28 C.F.R. Pt. 35 App. A, § 35.104. "[M]any individuals with PTSD may benefit by using a service animal, [and] the work or tasks performed appropriately by such an animal … could include

actively cuing the individual by nudging or pawing the individual to alert to the onset of an episode and removing the individual from the anxiety-provoking environment." *Id*.

One other point should be made. Ms. Strife's dog was a trained service animal, but it appears that one of AISD's alleged reasons for resisting the dog was the District's unsupported belief that the dog might have provided emotional support only, rather than being trained to provide assistance tasks. *See* Appellant's Brief at 12. That position may have been factually unjustified. *Id*. But it was also *legally* unjustified. Although the use of an "emotional support" animal (as opposed to a "service animal") is not protected under Titles II and III of the ADA, that limitation does not appear in the employment provisions of Title I, nor in Section 504. As a result, allowing a support animal may be a reasonable workplace accommodation. *See Brister v. Federal Bureau of Prisons*, 2020 WL 4499608, *6 (E.D. Tex. 2020) (Title II and III limitation did not apply to Rehabilitation Act claims based on the use of emotional support animals). *See also Equal Emp. Opportunity Comm'n v. CRST Int'l, Inc*., 351 F. Supp. 3d 1163, 1184 (N.D. Iowa 2018) (finding a fact issue as to whether a truckdriver's request to use an emotional support animal at work was reasonable, and thus would support an ADA interference claim).

**CONCLUSION**

PTSD is a serious condition that by definition has a significant and ongoing impact on the mental health of individuals with the diagnosis. Many of those individuals with PTSD, like Alicia Strife, are veterans. The use of a service animal has become an important complementary therapy for veterans with PTSD, and the scientific research confirms its beneficial effects, including reducing PTSD symptoms in virtually everyone who uses such an animal. Service dogs are also widely recognized as reasonable accommodations. The court below seems to have assumed there is no harm in delaying the approval of a service-animal accommodation. There is no scientific basis for that assumption, nor is it consistent with the facts alleged in this case. In fact, the reverse is true—separating a veteran with PTSD from her service animal is doubtless harmful in every case, as shown above. This Court should reverse and remand for further consideration.

Respectfully submitted,

   /s/ Brian East
BRIAN EAST
Texas Bar No. 06360800
beast@disabilityrightstx.org
LOREN JONES
Texas Bar No. 24078034
ljones@disabilityrightstx.org
DISABILITY RIGHTS TEXAS
2222 W. Braker Ln.
Austin, Texas 78758
(512) 454 - 4816 (Phone)
(512) 454-3999 (Fax)

*Attorneys for Amici Curiae*

## CERTIFICATE OF COMPLIANCE

1.     This brief complies with the type-volume limitation of FED. R. APP. P. 32(a)(7)(B) and FED. R. APP. P. 29(a)(5), because this brief contains 4,750 words, excluding the parts of the brief exempted by FED. R. APP. P. 32(f).

2.     This brief complies with the typeface requirements of FED. R. APP. P. 32(a)(5), and the type-style requirements of FED. R. APP. P. 32(a)(6), because this brief has been prepared in a proportionally spaced typeface using Microsoft Word software, in Times New Roman 14-point font in text, and Times New Roman 12-point font in footnotes.

   /s/ Brian East
BRIAN EAST

**CERTIFICATE OF SERVICE**

I certify that on this 3rd day of September, 2024, a true and correct copy of the foregoing document was filed electronically. Notice of this filing will be sent, by operation of the ECF system, to all counsel of record.

   /s/ Brian East
BRIAN EAST